| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Nelson** <br> First name <br><br> **M** <br> Middle name <br><br> **Melo** <br> Last name and Suffix (Sr., Jr., II, III) | **Sandra** <br> First name <br><br> **K** <br> Middle name <br><br> **Melo** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2331 | xxx-xx-5160 |

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 1

Debtor 1 **Nelson M Melo**
Debtor 2 **Sandra K Melo**

Case number *(if known)*

|   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**18509 NE 191st Circle**
**Brush Prairie, WA 98606**
Number, Street, City, State & ZIP Code

**Clark**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 2

Case 17-43644-BDL    Doc 1    Filed 09/28/17    Ent. 09/28/17 15:56:06    Pg. 2 of 17

Debtor 1 **Nelson M Melo**
Debtor 2 **Sandra K Melo**

Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Nelson M Melo**
Debtor 2 **Sandra K Melo**  Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.
What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1 **Nelson M Melo**
Debtor 2 **Sandra K Melo**

Case number *(if known)* _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Nelson M Melo**
Debtor 2 **Sandra K Melo**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Nelson M Melo**                                    **/s/ Sandra K Melo**
**Nelson M Melo**                                        **Sandra K Melo**
Signature of Debtor 1                                    Signature of Debtor 2

Executed on **September 28, 2017**                       Executed on **September 28, 2017**
            MM / DD / YYYY                                           MM / DD / YYYY

| Debtor 1 | **Nelson M Melo** | |
|---|---|---|
| Debtor 2 | **Sandra K Melo** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David Richardson**
Signature of Attorney for Debtor

Date **September 28, 2017**
MM / DD / YYYY

**David Richardson**
Printed name

**PDX Law Group PC**
Firm name

**121 SW Morrison St., Suite 1520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone **503-546-0141**     Email address **david@pdxlawgroup.com**

**051370**
Bar number & State

```
 NELSON MELO
18509 NE 191ST CIRCLE
BRUSH PRAIRIE, WA 98606


4FRONT ENGINEERED SOLUTIONSINC
PO BOX 67795
DALLAS, TX 75267-7795


ALAMEDA COUNTY SUPERIOR COURT
CASE NO. RG17866895
1225 FALLON STREET
OAKLAND, CA 94612


ALL COUNTY CONCRETE CUTTINGLLC
PO BOX 184
BATTLE GROUND, WA 98604


ALL COUNTY ELECTIRC, LLC
15515NW 2ND AVE
VANCOUVER, WA 98685


ARTHUR SAMUEL HUMPHREY, AAL,PC
181 BUTCHER ROAD
VACAVILLE, CA 95687


B&L WOOD CREATIONS, LLC
669 S. FIRST AVE.,
SUITE 100
HILLSBORO, OR 97123


BAILEY FENCE COMPANY
3205 BAUMBERG AVE.
HAYWARD, CA 94545


BANK OF AMERICA
PO BOX 15710
WILMINGTON, DE 19886-5710


BANK OF AMERICA
PO BOX 15710
WILMINGTON, DE 19886-5710


BANK OF AMERICA
PO BOX 15220
WILMINGTON, DE 19886-5220
```

BANK OF AMERICA
PO BOX 15710
WILMINGTON, DE 19886-5710


CAL-WEST CONCRETE CUTTING INC
3000 TARA CT.
UNION CITY, CA 94587


CETS INC
1441 N. NORTHLAKE WAY
SUITE 214
SEATTLE, WA 98103


CETS INC
1441 N. NORTHLAKE WAY
SUITE 214
SEATTLE, WA 98103


CHINO FLOOR COVERING LLC
80 S. MAGNOLIZ ST.
CORNELIUS, OR 97113


CHRISTOPHER KAYSER
LARKINS VACURA KAYSER LLP
121 SW MORRISON STREET
SUITE 700
PORTLAND, OR 97204


COLUMBIA METAL FABRICATIONS
14014 NE SALMON CREEK AVE.
BUILDING 2
VANCOUVER, WA 98686


COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744


CROWLEY LANDSCAPE MANAGEMENT
PO BOX 4426
WILSONVILLE, OR 97070


CT CORPORATION
PO BOX 4348
CAROL STREAM, IL 60197-4349

D&F PLUMBING
4636 N. ALBINA AVE.,
PORTLAND, OR 97217-3099


DON CHAPIN PRECAST
2735 BOLSA RD.
HOLLISTER, CA 95023


DONALD BRADLEY
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626


DOUBLE EAGLE CONSTRUCTION LLC
20800 NE 182ND AVE
BATTLE GROUND, WA 98604


DOWNING DIVERSIFIED LLC
PO BOX 33
KALAMA, WA 98625


ENTEK CORPORATION
1021 COLUMBIA BLVD.
LONGVIEW, WA 98632


EVERGREEN CONCRETE CUTTING INC
PO BOX 1751
SUMNER, WA 98390


EXTREME INDUSTRIAL COATINGS IN
703 N. ABBY ST.
FRESNO, CA 93701


FAITHFUL FENCE CO.
10720 NE 8TH ST.
VANCOUVER, WA 98664


FAST WRAP USA
PO BOX 17111
RENO, NV 89511


FINE LINE CONCRETE, LLC
PO BOX 66742
PORTLAND, OR 97290

FLEX PROPERTIES/COLD CREEK LLC
PO BOX 821577
VANCOUVER, WA 98682


FLEX PROPERTIES/COLD CREEK LLC
PO BOX 821577
VANCOUVER, WA 98682


GALE CONTRACTOR
ATTN: AR
PO BOX 534451
ATLANTA, GA 30353-4451


GLISS
28396 SW BOBERG RD.
SUITE B
WILSONVILLE, OR 97070


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141-6267


GRANITE CONSTRUCTION COMPANY
1525 E MARINE VIEW DRIVE
EVERETT, WA 98201


GTS INTERIOR SUPPLY
PO BOX 97090
KIRKLAND, WA 98083


HANSON & FITCH, INC.
PO BOX 175
DANVILLE, CA 94526


HERC RENTALS
PO BOX 650280
DALLAS, TX 75265-0280


HOME DEPOT
PO BOX 18316
COLUMBUS, OH 43218-3176


HONEY BUCKET
PO BOX 73399
PUYALLUP, WA 98373

HOOD RIVER CONSULTING ENGINEER
1784 MAY STREET
HOOD RIVER, OR 97031


HYDRO-TECH FIRE PROTECTION INC
PO BOX 40
BRUSH PRAIRIE, WA 98606


J2 PRINTING
8100 NE ST. JOHNS RD.
#B101
VANCOUVER, WA 98665


JACK'S OVERHEAD DOORS INC
PO BOX 230368
PORTLAND, OR 97281-0368


JANETTE LEONIDOU
LEONIDOU & ROSIN, P.C.
777 CUESTA DR.
SUITE 200
MOUNTAIN VIEW, CA 94040


JRT MECHANICAL
PO BOX 1450
BATTLE GROUND, WA 98604


KYOCERA FINANCIAL SERVICES
800 WALNUT STREET
DES MOINES, IA 50309


LANDTECH CONSULTANTS
3845 BEACON AVE.
SUITE D
FREMONT, CA 94538-1413


LANDTECH CONSULTANTS
3845 BEACON AVE.
SUITE D
FREMONT, CA 94538-1413


LES SCHWAB
PO BOX 546
BATTLE GROUND, WA 98604

```
LINESCAPE LLC
19100 SW 51ST AVE
TUALATIN, OR 97062


MARCUS EYTH
DAVIS WRIGHT TREMAINE LLP
1300 SW FIFTH AVE
SUITE 2400
PORTLAND, OR 97201-5630


MARLIN BUSINESS BANK
PO BOX 637
MOUNT LAUREL, NJ 08054


MARTEN TRANSPORT, LTD
129 MARTEN ST
MONDOVI, WI 54755


MID-COLUMBIA CAULKING INC
9901 NE 7TH AVE
SUITE#A215
VANCOUVER, WA 98685


MODULAR SPACE CORP
12603 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0126


MORGAN Y. MELO
18509 NE 191ST CIRCLE
BRUSH PRAIRIE, WA 98606


NATERAS CONSTRUCTION COPR
13117 NW 29TH CT.
WA 98695


NIELSEN MASONRY INC
PO BOX 44
YACOLT, WA 98675


NISSAN-MOTOR ACCEPTANCE CORP
8900 FREEPORT PKWY
IRVING, TX 75063
```

NORTH COAST IRON CORP
8584 S. MARCH'S POINT RD
ANACORTES, WA 98221


NORTHWEST SCAFFOLDING SERVICE
PO BOX 33863
PORTLAND, OR 97292


NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017


OVERHEAD DOOR CO. OF PORTLAND
PO BOX 10576
PORTLAND, OR 97296


PATRIOT FIRE PROTECTION INC
2707 70TH AVE. EAST
TACOMA, WA 98424


POWER PLUS
1210 N. RED GUM ST.
ANAHEIM, CA 92806


PREMIUM WEBSITES LLC
2712 NE 97TH AVE
VANCOUVER, WA 98661


PROFESSIONAL FLOORING SUPPLY
PO BOX 7558
FORT WORTH, TX 76111


REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062-8829


RICHARD B. MOORE
135 WILLOW DRIVE
DANVILLE, CA 94526


RIVER CITY ENVIRONMENTAL
PO BOX 30087
PORTLAND, OR 97294

ROCKY MOUNTAIN SANITATION
PO BOX 4349
GRAND JUNCTION, CO 81502


ROOF TOPPERS, INC
5709 NE 88TH ST.
VANCOUVER, WA 98665-0938


SANDY &  NELSON MELO
18509 NE 191ST CIRCLE
BRUSH PRAIRIE, WA 98606


SANDY & NELSON MELO
18509 NE 191ST CIRCLE
BRUSH PRAIRIE, WA 98606


SAWTOOTH CAULKING, INC
PO BOX 1096
LAFAYETTE, OR 97127


SCHULZ-CLEARWATER SANITATION
PO BOX 1404
TUALATIN, OR 97062


SHERWIN WILLIAMS
14603 NE 20TH ST.
SUITE 1
BELLEVUE, WA 98007-3750


SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


SIMON CONTRACTORS
PO BOX 2469
GILLETTE, WY 82717


SIMPLEX GRINNELL
DEPT. CH
10320
PALATINE, IL 60055-0320

SOLID SOLUTIONS
2700 NE BURTON RD.
SUITE B
VANCOUVER, WA 98662


SSD SYSTEMS
1740 N. LEMON ST.
ANAHEIM, CA 92801


STEVEN W. BORDERS LLC
2014 NE 179TH STREET
RIDGEFIELD, WA 98642


STONHARD
1000 E. PARK AVE.
MAPLE SHADE, NJ 08052


STORM'S SPECIALTY SERVICES INC
2779 RIVERSIDE PARKWAY
GRAND JUNCTION, CO 81501


SUMMIT DRYWALL & PAINTING INC
4866 E. 2ND ST.
BENICIA, CA 94510


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211


TAYLOR METAL PRODUCTS, INC.
4566 RIDGE DR. NE
SALEM, OR 97301


THE PARR COMPANY
PO BOX 2690
PORTLAND, OR 97208-2690


UNITED RENTALS
PO BOX 51122
LOS ANGELES, CA 90074-1122


UNITED RENTALS
PO BOX 51122
LOS ANGELES, CA 90074-1122

UNITED SITE SERVICES
PO BOX 53267
PHOENIX, AZ 85072-3267


USDC-DISTRICT OF OREGON
CASE NO. 3:17-CV-01211-YY
1000 SW 3RD AVE
PORTLAND, OR 97204


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VINE ELECTRIC, INC
101 WEST AMERICAN CANYON RD.
UNIT 508-202
AMERICAN CANYON, CA 94503


VISION CONCRETE, INC.
PO BOX 423
YACOLT, WA 98675


W.H. CRESS
9966 SW KATHERINE STREET
PORTLAND, OR 97223


WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA 50306-0306


WH CRESS COMPANY INC
1824 BICKFORD AVE
SUITE F
SNOHOMISH, WA 98290


WILLIAM D. WHITE CO., INC
3505 MAGNOIA STREET
EMERYVILLE, CA 94608-4127