John D. Nellor, WSBA #9101
J. D. Nellor, PC | Nellor Law Office
201 N.E. Park Plaza Drive, Suite 202
Vancouver, WA 98684
360-816-2241
    Attorney for Morgan Melo

Judge:    Brian D. Lynch
Chapter:    7
Hearing Date:    April 2, 2019
Hearing Location:    Vancouver
Response Date:    March 26, 2019

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re

**NELSON M MELO** and **SANDRA K. MELO**,

    Debtors.

Case Number: 17-43644-BDL

OBJECTION TO CLAIM OF MARTEN TRANSPORT

(Claim Number 4-1)

COMES NOW Morgan Melo, and objects to the proof of claim, claim number 4-1, of Marten Transport, Ltd., a Delaware corporation ["Marten Trsnsport"].

The grounds for the objection are that the claim is unenforceable against the debtors or property of the estate. 11 U.S.C. §502(b)(1).

In support of the objection, Morgan Melo states:

1. Morgan Melo is a party in interest in this case.
2. Marten Transport filed a proof of claim in this case, claim number 4-1, on August 3, 2017, in the amount of $770,271,17.
3. Upon review of Claim number 4-1, Marten Transport was a party to a contract

OBJECTION TO CLAIM OF MARTEN TRANSPORT — 1

Nellor Law Office
201 N.E.. Park Plaza Drive, Suite 202
Vancouver, WA 98684
360-816-2241

Case 17-43644-BDL   Doc 72   Filed 01/18/19   Ent. 01/18/19 16:05:24   Pg. 1 of 2

with TreCore Construction Management, LLC, a Washington Limited Liability Company ["TreCore"], which forms the basis the claim asserted in proof of claim 4-1.

4. The debtors are not parties to the contract between Marten Transport and Trecore.

5. Marten Transport has no legal or equitable basis for a claim to be allowed against the debtors.

6. There is no evidence in the proof of claim to verify a the debtors are liable to Marten Transport in the amount of $770,271.17.

This objection is based on the record and files in this case. It is submitted pursuant to 11 U.S.C. §502(b)(1) and Fed. R. Bankr. P. 3007.

WHEREFORE, for the reasons set forth above, Morgan Melo requests that this court disallow claim number 4-1 in full.

Dated: January 17, 2019

/s/ J. D. Nellor
John D. Nellor, WSBA #9101
J. D. Nellor, PC | Nellor Law Office
Attorney for Morgan Melo

**OBJECTION TO CLAIM OF MARTEN TRANSPORT — 2**

Nellor Law Office
201 N.E.. Park Plaza Drive, Suite 202
Vancouver, WA 98684
360-816-2241

Case 17-43644-BDL    Doc 72    Filed 01/18/19    Ent. 01/18/19 16:05:24    Pg. 2 of 2