UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:
NELSON M. MELO and SANDRA K. MELO

Debtor

No: 17-43644-BDL

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, <u>Donald E. Bradley</u> hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: <u>Marten Transport, Ltd.</u>

The particular need for my appearance and participation is: <u>My knowledge and expertise relating to this action</u>.

I <u>Donald E. Bradley</u> understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Rules of Bankruptcy Procedure of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the State of <u>California</u>.

With this application I will tender the applicable pro hac vice fee to the Office of the Clerk of the Bankruptcy Court via electronic payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>April 1, 2019</u>.

s/ Donald E. Bradley
Signature of Applicant Attorney

APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE - page 2

Applicant's Name: Donald E. Bradley

Bar # 145037   State: California

Applicant's Law Firm: Musick, Peeler & Garrett LLP

Applicant's Address: 650 town Center Drive, Suite 1200

Costa Mesa, CA  92626

Telephone No: (714) 668-2447

## STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle this matter, including trial, in the event the applicant, Donald E. Bradley, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant.

DATED: April 1, 2019.            s/ Philip S. McCune
                                 Signature of Local Counsel

Local Counsel Name & WSBA Bar ID Number: Philip S. McCune, WSBA #21081

Local Counsel Law Firm: Summit Law Group, PLLC

Local Counsel Address: 315 Fifth Avenue S., Suite 1000

Seattle, WA  98104-2682

Telephone No: (206) 676-7000

(Rev. Eff. September 2016)