UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE
NELSON M. MELO and SANDRA K. MELO

Debtors.

No. 17-43644-BDL

ORDER ON PRO HAC VICE APPLICATION

This matter came before the court on the Application for Leave to Appear Pro Hac Vice _____, (the "Application") submitted by Donald E. Bradley_____, [applicant's name] seeking permission to appear and participate as counsel for Marten Transport, Ltd._____, [party or parties represented] in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

Presented by: /s/ Philip S. McCune
Philip S. McCune, WSBA #21081
Marten Transport, Ltd.

Order Pro Hac - rev. 8/26/13