Entered on Docket April 5, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| In re: | Chapter: 7 |
|---|---|
| NELSON M. MELO and SANDRA K. MELO, | Case No. 17-43644-BDL |
| Debtors. | **NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES** |

    1. <u>Hearing Setting.</u> The Objection to Claim Number 4 of Claimant Marten Transport, Ltd. filed by John D. Nellor on behalf of Morgan Melo (ECF No. 72) is *first* set for a one and a half-day Evidentiary Hearing commencing at **2:30 p.m.** on **June 4, 2019,** in U.S. BANKRUPTCY COURT, Federal Building, 500 West 12th Street, Vancouver, Washington.

    2. <u>Prehearing Procedures.</u> The deadlines and due dates are as follows:

        a. Discovery and depositions shall be completed no later than **May 3, 2019**;

        b. Movant's prehearing statement shall be due no later than **May 21, 2019**;

        c. Respondent's prehearing statement shall be due no later than **May 21, 2019**;

        d. Exhibits shall be exchanged between the parties no later than **May 28, 2019.**

        e. Motions *in limine* and objections to exhibits shall be served and filed no later than **May 31, 2019**;

    Prehearing statements shall include each party's statement of the case, any applicable legal authorities, an identification of any witnesses to appear for that party, and an enumerated list of exhibits intended to be introduced by the party. **Do not attach the exhibits to the prehearing statement or file them on the electronic docket.**

3. Exhibits.

   a. Binders. Any party submitting exhibits shall submit said exhibits in three-ring binders;

   b. Identification/format. Exhibits shall be in three-ring binders premarked in accordance with this order. A number sequence shall be used for all exhibits (including experts' declarations) of all parties, with prefixes indicating the offering party (i.e., M 1, M 2 M 3, etc.; R 1 R 2 R 3, etc.).

   c. Submissions. Parties intending to offer exhibits shall provide **three (3) sets of the exhibits** in 3-ring binders for use by the Court, the clerk and witnesses. **One set of exhibits shall be provided to chambers not later than five days before the hearing commences.** Parties are encouraged to consider providing chambers copies of exhibits by electronic means (bookmarked PDF). Contact chambers for specifications. The other two sets of exhibits shall be brought to court on the day of hearing. Hearing Exhibits are *not* to be filed and entered on the electronic docket.

4. Settlement. **The parties shall promptly notify the Court if the matter is settled.** The movant **must** confirm that the hearing is going forward not later than **noon seven (7) court days prior** to the scheduled hearing date, and advised all parties of doing so, or the hearing may be stricken by the Court.

///End of Order///

Notice of Evidentiary Hearing
and Order Setting Deadlines

2